Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOWER SEMICONDUCTOR LTD SECUTITIES LITIGATION<br><br>This Document Relates to: All Actions | Master File No. 2:16-cv-00487-CAS-AJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>CLASS ACTION<br><br>JUDGE: Hon. Christina A. Snyder |

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Nick Cross ("Plaintiff"), by and through his counsel, hereby voluntarily dismisses these Consolidated Actions, without prejudice to any claim, all parties to bear their own costs. Defendants have filed neither an answer nor a

1

motion for summary judgment to any of the claims in any of these Consolidated

Actions.

Dated:   June 27, 2016                                Respectfully submitted,

                                                      **THE ROSEN LAW FIRM, P.A.**

                                                      /s/ *Laurence Rosen, Esq.*
                                                      Laurence M. Rosen, Esq. (SBN 219683)
                                                      355 South Grand Avenue, Suite 2450
                                                      Los Angeles, CA 90071
                                                      Telephone: (213) 785-2610
                                                      Facsimile: (213) 226-4684
                                                      Email: lrosen@rosenlegal.com

                                                      ***Lead Counsel for Lead Plaintiff and the
                                                      Class***

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On June 27, 2016, I electronically filed the foregoing **NOTICE OF DISMISSAL, WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 27, 2016.

/s/ *Laurence Rosen*

Laurence M. Rosen

NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PUSUANT TO FED. R. CIV. P. 41
No. 2:16-cv-00487-CAS-AJW