PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JS-6

*Attorneys for Defendant Tower Semiconductor Ltd.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE TOWER SEMICONDUCTOR LTD. SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | **Master File No.**<br>**2:16-CV-00487-CAS-AJW**<br>2:16-CV-00580-CAS-AJW<br><br>[PROPOSED] ORDER CLOSING DOCKET IN LIGHT OF VOLUNTARY DISMISSAL OF ACTION<br><br>Judge: Hon. Christina A. Snyder<br>Complaint filed: January 22, 2016 |

[PROPOSED] ORDER CLOSING DOCKET IN LIGHT OF VOLUNTARY DISMISSAL OF ACTION

1    WHEREAS, the action captioned <u>Walker v. Tower Semiconductor Ltd. et al.</u>, CV 16-00487 CAS (AJWx), was filed on January 22, 2016;

WHEREAS, the related action captioned <u>Hilinsky v. Tower Semiconductor Ltd. et al.</u>, CV 16-00580 CAS (AJWx), was filed on January 27, 2016;

WHEREAS, on April 27, 2016, the Court consolidated the actions into a single, consolidated action captioned <u>In re Tower Semiconductor Ltd. Securities Litigation</u>, CV 16-00487 CAS (AJWx) (the "Consolidated Action") and appointed Nick Cross as lead plaintiff pursuant to the Private Securities Litigation Reform Act;

WHEREAS, on June 27, 2016, Lead Plaintiff Nick Cross filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i), <u>see</u> <u>United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA</u>, 545 F.3d 1134, 1145 (9th Cir. 2008) (Rule 41 (a)(1)(A)(i) dismissal "requires no action on the part of the court" and "[t]he filing itself closes the file"); <u>Commercial Space Mgmt. Co. v. Boeing Co.</u>, 193 F.3d 1074, 1077 (9th Cir. 1999) (same);

WHEREAS, Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," subject to Rule 23(e) of the Federal Rules of Civil Procedure, among others;

WHEREAS, no answer or motion for summary judgment has been filed by any Defendant;

WHEREAS, no class has been certified in this Consolidated Action and therefore Rule 23(e) does not apply to the Voluntary Dismissal here, <u>see</u> <u>Jou v. Kimberly-Clark Corp.</u>, 2015 WL 4537533, at *3 (N.D. Cal. July 27, 2015) (Rule 41(a)(1)(A) dismissal of putative class action "effective on filing");

WHEREAS, no consideration whatsoever has been paid in exchange for the Voluntary Dismissal;

WHEREAS, Plaintiff does not oppose entry of this order;

- 1 -
[PROPOSED] ORDER CLOSING DOCKET IN LIGHT OF VOLUNTARY DISMISSAL OF ACTION

1     The Court HEREBY ORDERS the Court Clerk to:

2     1.    Close the dockets in the Consolidated Action, CV 16-00487 CAS (AJWx), and in the underlying, consolidated action, CV 16-00580 CAS (AJWx).

**IT IS SO ORDERED.**

DATED: July 25, 2016

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE